IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:00CR00121-001F

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER IN GARNISHMENT** |
| CHARLES DEMETRIUS CARR, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| BLACK'S TIRE AND AUTO SERVICE, ) | |
| ) | |
| Garnishee. ) | |

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer of the Garnishee on May 2, 2016.

The defendant has been notified of his right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that the Garnishee, pay 25% of the defendants earnings, which remain after all deductions required by law have been withheld, to the Plaintiff. All payments due to the Plaintiff under this Order of Garnishment shall continue until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to any of the defendant or until further Order of this Court.

Checks should be made payable to: **U. S. District Court**

       and mailed to:      U.S. District Court
                                  P.O. Box 25670
                                  Raleigh, NC 27611

In order to ensure that payments are credited properly, please include Court Number 7:00CR00121-001F on each check.

SO ORDERED, this the 25 day of May, 2016.

                                              *James C. Fox*
                                              James C. Fox
                                       Sr. United States District Judge